THE CITY OF NEW YORK, Respondent, *v.* UNITED STATES WOOD PRESERVING COMPANY, Defendant, and GLOBE INDEMNITY COMPANY et al., Appellants.

*Principal and surety — contract — guaranty — New York city — guaranty that contractor would maintain pavement for five years — action to recover cost of repairing defects appearing before termination of guaranty period but not repaired until after — city not obliged to inspect and notify contractor.*

*City of New York v. U. S. Wood Preserving Co.,* 216 App. Div. 711, affirmed.

(Argued October 6, 1926; decided October 22, 1926.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 12, 1926, unanimously affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. The action was to recover upon a surety bond guaranteeing the maintenance by a paving contractor of the pavement in good condition for five years after completion of the work. The maintenance period expired July 28, 1919. It was stipulated that defects appeared in January, 1919, which were repaired by the city after expiration of the maintenance term. Defendants contended that under a provision of the contract plaintiff was bound, just prior to the expiration of the guaranty period, to inspect the work and notify the contractor to repair defects.

*John R. Halsey* for appellants.

*George P. Nicholson,* Corporation Counsel (*John F. O'Brien* and *Samuel Plumer* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

40